UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x

JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated,

                      Plaintiff,

-v.-

CRAFT SPORTSWEAR NA, LLC,

                      Defendants.

-----------------------------------------------------------------------------x

Civil Action No:
1:19-cv-11845

SO ORDERED.

August 12, 2020

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Joseph Guglielmo and the Defendant Craft Sportswear NA, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 4, 2020

| For Plaintiff Joseph Guglielmo | For Defendant Craft Sportswear NA, LLC |
|---|---|
| David Paul Force<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>dforce@steinsakslegal.com | Carmine J. Castellano<br>Hodgson Russ LLP<br>605 3rd Avenue, Suite 2300<br>New York, NY 10158<br>Ph: (646) 218-7571<br>ccastell@hodgsonruss.com |

1

## CERTIFICATE OF SERVICE

I certify that on August 11, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David Paul Force*
David Paul Force
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*
